# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Marie Jeannette Burt, | ) | **DEFAULT JUDGMENT** |
| | ) | |
| Plaintiff, | ) | CV-13-01755-PHX-ROS |
| | ) | |
| v. | ) | |
| | ) | |
| Account Discovery Systems LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff Marie Jeannette Burt and against Defendant Account Discovery Systems LLC for her statutory damages in the amount of $1,000.00 and reasonable attorneys' fees and costs in the amount of $5,314.38.

DEFAULT JUDGMENT ENTERED this 14th day of May, 2014.

May 14, 2014

BRIAN D. KARTH
District Court Executive/Clerk

s/ A. Smith
By: A. Smith, Deputy Clerk